# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOCAL NO. 8 IBEW RETIREMENT PLAN, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERTEX PHARMACEUTICALS INC., JOSHUA BOGER, Ph.D., JEFFREY LEIDEN, M.D., Ph.D., PETER MUELLER, Ph.D., PAUL SILVA, ELAINE ULLIAN, and NANCY J. WYSENSKI,<br><br>Defendants. | Civil Action No.<br>14-12296-FDS |

## ORDER OF DISMISSAL

**SAYLOR, J.**

In accordance with the Court's Memorandum and Order of September 30, 2015, it is hereby ORDERED that the above-entitled action be dismissed.

SO ORDERED.
BY THE COURT:

April 20, 2017               /s/ Lisa Pezzarossi
Date                         Deputy Clerk